NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OTSUKA PHARMACEUTICAL CO., LTD.,**
*Plaintiff-Appellee,*

v.

**SANDOZ, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., SYNTHON BV, SYNTHON HOLDINGS BV, SYNTHON LABORATORIES, INC., AND SYNTHON PHARMACEUTICALS, INC.,**
*Defendants,*

AND

**APOTEX INC. AND APOTEX CORP.,**
*Defendants-Appellants,*

AND

**TEVA PHARMACEUTICALS USA, INC., BARR LABORATORIES, INC., AND BARR PHARMACEUTICALS, INC.,**
*Defendants-Appellants.*

---

2011-1126, -1127

---

Appeals from the United States District Court for the District of New Jersey in consolidated case no. 07-CV-1000, Judge Mary L. Cooper.

## ON MOTION

## ORDER

Apotex Inc., et al., and Teva Pharmaceuticals USA, Inc., et al. move without opposition for a 40-day extension of time, until September 26, 2011, to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James B. Monroe, Esq.
Stephen E. Feldman, Esq.
Elizabeth J. Holland, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK